**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**KHALID MOHAMED,**

    Plaintiff,

    v.

**JP MORGAN CHASE BANK, N.A.,**

    Defendant.

**Case No.:**

**Removed from the Superior Court of the District of Columbia, Civil Division
Civil Action No. 2015 CA 004121 B**

## NOTICE OF REMOVAL

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of removal, Chase states as follows:

1. Plaintiff has filed a lawsuit against Chase in the Superior Court of the District of Columbia, captioned *Khalid Mohamed v. JPMorgan Chase Bank, N.A.* (the "State Court Action"). A true and correct copy of the Complaint is attached as Exhibit 1.

2. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Chase have satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1441 and 1331.

**I.     Chase Has Satisfied the Procedural Requirements for Removal.**

1. Removal is timely. This Notice of Removal is being filed within 30 days of the first date on which Chase may have received a copy of the Complaint, and so it is timely pursuant to 28 U.S.C. § 1446(b).

2. Chase attaches hereto a copy of all pleadings and other papers in this case pursuant to 28 U.S.C. § 1446(a).  *See* <u>Exhibit 1</u>.

3. No further proceedings have occurred in the state court action.

4. No previous application has been made for the relief requested herein.

5. <u>Venue is proper</u>.  The Superior Court of the District of Columbia is located within the United States District Court of the District of Columbia, and, therefore, venue is proper in this Court pursuant to 28 U.S.C. § 110 because it is "the district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

7. The written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the Superior Court of the District of Columbia and served on Plaintiff.

## II.    Federal Question Jurisdiction

1. The Complaint seeks damages for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681n, *et seq*, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692e, *et seq*., and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605, *et seq*.  *See* Exhibit 1, Counts One, Two, and Eight.

2. This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1331 because this action involves the interpretation of the laws of the United States.

3. This Court has supplemental jurisdiction over Plaintiff's joined state law claim, pursuant to 28 U.S.C. §§ 1367 and 1441(c).

4. No proceedings have occurred in the State court action.

5. This case is therefore removable under 28 U.S.C. § 1441(a).

6. For the foregoing reasons, this Court has jurisdiction over this matter.

WHEREFORE, Defendant respectfully removes this action from the Superior Court of the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1441 and 1331.

Respectfully submitted,

Dated:  June 29, 2015

    */s/Michael B. Roberts*
Michael B. Roberts (D.C. Bar No. 976409)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, DC 20005
Phone: (202) 414-9288
Facsimile: (202) 414-9299
mroberts@reedsmith.com
*Counsel for the Defendant, JP Morgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2015, I filed a copy of the foregoing Notice of Removal and served a copy of this Notice on the Plaintiff by U.S. mail, postage prepaid, at:

        Khalid Mohamed
        333 I Street # 207 Southwest
        Washington, DC 20024

           /s/ Michael B. Roberts
        Michael B. Roberts (D.C. Bar No. 976409)
        REED SMITH LLP
        1301 K Street, N.W.
        Suite 1000 – East Tower
        Washington, DC 20005
        Phone: (202) 414-9288
        Facsimile: (202) 414-9299
        mroberts@reedsmith.com
        *Counsel for the Defendant, JP Morgan Chase Bank, N.A.*