**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KHALID MOHAMED )<br>)<br>      **Plaintiff,** )<br>)<br>  v. )<br>)<br>**SELECT PORTFOLIO SERVICING, INC.,** )<br>*et al.* )<br>      **Defendants.** )<br>_____) | Case No. 1:15-cv-01016-JEB |

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties, by undersigned counsel, hereby submit this Notice of Dismissal with Prejudice and state as follows:

1. All parties have agreed to and signed a global settlement agreement that resolves all issues as to all parties.

WHEREFORE, We pray that the case be dismissed with prejudice as to all parties.

Date: December 18, 2017                    Respectfully submitted,

 

*/s/ Richard S. Stern*
Richard S. Stern
(DC Bar # 205377)
Law Offices of Richard S. Stern
419 7th Street, NW
Suite 405
Washington, DC 20004
*Tel:* 202.393.2261
*Fax:* 202.638.4279
*Counsel for Plaintiff*

-2-

        */s/ Andrew M. Williamson*
Andrew M. Williamson
(DC Bar # 1011095)
Blank Rome LLP
AWilliamson@BlankRome.com
1825 Eye Street, NW
Washington, D.C. 20006
*Tel:* 202.420-2252
*Fax:* 202.379-9314
*Counsel for Defendant Select Portfolio Servicing, Inc.*


        */s/ Molly Q. Campbell*
Molly Q. Campbell
(DC Bar # 1033651)
Reed Smith LLP
1301 K Street, NW
Suite 1000—East Tower
Washington, DC 20005
*Tel:* 202.414.9173
mqcampbell@reedsmith.com
*Counsel for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2017, I filed the foregoing using the Court's CM/ECF system which will deliver a copy to all counsel of record.

        Respectfully submitted,


        */s/ Richard S. Stern*
Richard S. Stern